```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/17/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                    Plaintiff,

- against -

ANGEL VILLAFANE and JASON RIVERA,

                    Defendants.

**21 Cr. 93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The parties have filed a letter requesting various relief following the Defendants' arraignment on the Second Superseding Indictment, S2 21 Cr. 93. (See Dkt. No. 37.)

    First, the Court grants the parties' request and adjourns *sine die* the trial currently scheduled to begin on March 20, 2023.

    Second, the Court grants the parties' request for an initial conference on the Second Superseding Indictment, which shall be scheduled for March 31, 2023 at 3:00 p.m. in Courtroom 15B of the 500 Pearl Street Courthouse.

    Finally, all parties to this action have informed the Court of their consent to an exclusion of time from the Speedy Trial Act until March 31, 2023. It is hereby ordered that time until March 31, 2023 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage

1

of justice. The value of this exclusion outweighs the best interests of the Defendants and the public to a speedy trial. This order of exclusion is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:   17 February 2023
         New York, New York

_____
                                Victor Marrero
                                  U.S.D.J.