```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
                               :
UNITED STATES OF AMERICA       :
                               :     ORDER
          - v. -               :
                               :     S7 21 CR 93 (VM)
EDWIN CARRASQUILLO,            :
     a/k/a "Malo,"             :
HECTOR HERNANDEZ,              :
     a/k/a "Hec,"              :
JOSE HERNANDEZ,                :
     a/k/a "Nene,"             :
     a/k/a "Little,"           :
NATHANIEL MANNING,             :
     a/k/a "Tio,"              :
DAMEL MARCUS,                  :
     a/k/a "Shank,"            :
EDWARDO MORENO,                :
     a/k/a "AR,"               :
JASON RIVERA,                  :
     a/k/a "Colombo,"          :
JOSUE VARGAS,                  :
     a/k/a "Leo,"              :
JUAN KUANG,                    :
     a/k/a "Jo Jo,"            :
     a/k/a "Jay,"              :
     a/k/a "Blanco,"           :
STEVEN SANTIAGO,               :
     a/k/a "Swizz,"            :
VICTOR MENDENG,                :
     a/k/a "Cali,"             :
DELILAH CARRIEL,               :
ROSEMARIE SANCHEZ,             :
     a/k/a "Rosie,"            :
JUAN CALDERON,                 :
     a/k/a "Jazzo,"            :
     a/k/a "Juanito,"          :
CHRISTOPHER MEADOWS, and       :
ANGEL VILLAFANE,               :
                               :
          Defendants.          :
                               :
- - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Thomas John Wright;

IT IS FOUND that the S7 Indictment in the above-captioned case is currently sealed and that the United States Attorney's Office has applied to have that indictment unsealed, it is therefore

ORDERED that the S7 Indictment in the above-captioned case be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         March 6, 2024

_____
THE HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

2