```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

EDWIN CARASQUILLO, HECTOR HERNANDEZ, JOSE HERNANDEZ, NATHANIEL MANNING, DAMEL MARCUS, EDWARDO MORENO, JOSUE VARGAS, JUAN KUANG, STEVEN SANTIAGO, DELILAH CARRIEL, ROSEMARIE SANCHEZ, JUAN CALEDRON, and CHRISTOPHER MEADOWS,

                Defendants.

---

**21 Cr. 93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

All parties are hereby **ORDERED** to file a letter no later than **April 3, 2024** advising the Court whether they would object to the Court conducting the conference scheduled for 11:00 AM Friday, April 5 in this matter on the papers rather than in a live proceeding. Such letter may take the form of a joint letter on behalf of all or some of the parties. The letter shall also propose potential dates later this year for a pretrial conference. Finally, such letter shall advise the Court regarding the status of any discovery discussions between the parties pursuant to Federal Rules of Criminal Procedure 16 and/or 16.1.

**SO ORDERED.**

Dated:   1 April 2024
        New York, New York

_____
Victor Marrero
U.S.D.J.