USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

            Plaintiff,

- against -

ANGEL VILLAFANE, JASON RIVERA, EDWIN CARASQUILLO, HECTOR HERNANDEZ, JOSE HERNANDEZ, NATHANIEL MANNING, DAMEL MARCUS, EDWARDO MORENO, JOSUE VARGAS, JUAN KUANG, STEVEN SANTIAGO, VICTOR MENDENG, DELILAH CARRIEL, ROSEMARIE SANCHEZ, JUAN CALDERON, and CHRISTOPHER MEADOWS,

           Defendants.

**21 Cr. 93 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

An in-person conference with respect to all defendants in this case will take place before this Court tomorrow, i.e., Friday, April 5, 2024, at 11:00 AM.

**SO ORDERED.**

Dated:    4 April 2024
             New York, New York

                                              Victor Marrero
                                                U.S.D.J.