```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2024

UNITED STATES OF AMERICA,

- against -

Angel Villafane, et. al.,

                Defendants.

**21 Cr. 93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Counsel for the Government, with the consent of counsel for Defendants, requests that the status conference currently scheduled for September 20, 2024 be adjourned. (See Dkt. No. 216.) The conference is hereby adjourned to October 4, 2024 at 4:00 p.m.

Counsel for the Government advises that Defendants consent to the exclusion of time under the Speedy Trial Act and that "the interests of the public and defendants in a speedy trial are outweighed by the interest in the parties discussing any discovery-related issues in advance of the next conference, discussing possible pretrial depositions, and for the defendants with their counsel to review discovery and assess whether any motions should be filed in advance of trial." (Id.) It is hereby ordered that time until October 4, 2024, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of

this exclusion outweighs the best interests of the Defendant and the public in a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:   19 September 2024
         New York, New York

_____
Victor Marrero
U.S.D.J.