

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 4, 2024

**By ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2024
```

    **Re:**   *United States v. Angel Villafane and Jason Rivera*, S2 21 CR 93 (VM)

Dear Judge Marrero,

    The Government writes on a joint basis with Defendants Angel Villafane and Jason Rivera to address the scheduling of any trial on the previously filed S2 Indictment. During the appearance on November 17, 2023, the Court set trial on the S2 Indictment, at that time the operative indictment, for November 4, 2024. In the interim, on March 6, 2024, the now operative S7 Indictment was unsealed, including, among other charges, all the charges previously alleged against Defendants Angel Villafane and Jason Rivera in the S2 Indictment. Thereafter, in an email dated September 17, 2024, the Chambers of the Court transmitted an email to counsel for all parties in the above captioned case and informed the parties that the Court would soon enter an order adjourning the trial on the S2 Indictment from November 4, 2024 to January 6, 2025. Because of the filing of the S7 Indictment, the parties respectfully request that the trial previously scheduled on the S2 Indictment, which the parties have understood for the past two weeks was rescheduled to January 6, 2025, now be adjourned *sine die*, in anticipation of any trial involving Defendants Angel Villafane and Jason Rivera occurring in connection with a trial on the S7 Indictment.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

                By: *Thomas John Wright*
                              Michael R. Herman
                              Thomas John Wright
                              Assistant United States Attorneys
                              (212) 637-2221 / 2295

cc:  Louis Fasulo and Joshua Lax (Counsel to Defendant Angel Villafane) (by ECF)
      Harvey Fishbein and Lauren Di Chiara (Counsel to Defendant Jason Rivera) (by ECF)

```
SO ORDERED.
10/7/2024
DATE            VICTOR MARRERO, U.S.D.J.
```