UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/3/2025_
```

UNITED STATES OF AMERICA,

           - against -

JUAN CALDERON, et al.

               Defendant.

**21 Crim. 93 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

    Pending before the Court is Defendant Juan Calderon's Omnibus Pretrial Motion ("Motion") filed on March 1, 2025. (Dkt. No. 267.) Previously, on January 14, 2025, the Government submitted a letter to the Court representing that it met with the Defendant and counsel regarding Defendants' objection to the exclusion of time under the Speedy Trial Act. (Dkt. No. 253.) In that letter, the Government notified the Court that the parties agreed that if the Government fails to file a superseding indictment before the March 21, 2025, status conference, the defendants will respectfully request that the Court set (1) a date for trial and (2) a date for the filing of any pretrial motions from defendants on April 1, 2025. (<u>Id.</u>).

    Given that the conference is not for another two weeks, and Defendant has not requested a date for the filing of a pretrial motion, Defendant's Motion is **<u>DENIED</u>** without

prejudice. The parties are directed to meet and confer regarding a proposed motion schedule and any other issues discussed in the January 14 letter and should provide the Court with an updated status letter prior to the March 21, 2025, status conference.

**SO ORDERED.**

Dated:    3 March 2025
          New York, New York

_____
            Victor Marrero
            U.S.D.J.