UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | S9 21 Cr. 93 (VM) |
| EDWIN CARRASQUILLO, <br>     a/k/a "Malo," <br> HECTOR HERNANDEZ, <br>     a/k/a "Hec," <br> JOSE HERNANDEZ, <br>     a/k/a "Nene," <br>     a/k/a "Little," <br> NATHANIEL MANNING, <br>     a/k/a "Tio," <br> DAMEL MARCUS, <br>     a/k/a "Shank," <br> EDWARDO MORENO, <br>     a/k/a "AR," <br> JERMAINE SAMUELS, <br>     a/k/a "Maine," <br> CHRISTIAN SERRANO, <br>     a/k/a "Chris," <br> JOHNNIE CAPELES <br>     a/k/a "Jon Boy," <br> JAMIL BANKS <br>     a/k/a "Mel," <br> EMILIO BARRERA, <br>     a/k/a "Colombia," <br>     a/k/a "E," <br> JASON RIVERA, <br>     a/k/a "Colombo," <br> HECTOR CEREZO <br>     a/k/a "Red," <br> JOSUE VARGAS, <br>     a/k/a "Leo," <br> JUAN KUANG, <br>     a/k/a "Jo Jo," <br>     a/k/a "Jay," <br>     a/k/a "Blanco," <br> STEVEN SANTIAGO, <br>     a/k/a "Swizz," <br> VICTOR MENDENG, <br>     a/k/a "Cali," <br> ANGEL VILLAFANE <br> YADIRA REYNOSO, <br>     a/k/a "Yadi," | |

```
ERIKA DAWSON,
ARIYAN LABELLA,
     a/k/a "Ari,"
DELILAH CARRIEL,
ROSEMARIE SANCHEZ,
     a/k/a "Rosie,"
JOHANA ALCANTARA,
JUAN CALDERON,
     a/k/a "Jazzo,"
     a/k/a "Juanito,"
KAREEM SMITH,
     a/k/a "K," and
CHRISTOPHER MEADOWS,

                    Defendants.
```

Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Matthew Podolsky, by Assistant United States Attorney Thomas John Wright;

IT IS FOUND that the S9 Indictment in the above-captioned case is currently sealed and that the United States Attorney's Office has applied to have that indictment unsealed, it is therefore

ORDERED that the S9 Indictment in the above-captioned case be unsealed and remain unsealed pending further order of the Court.

Dated:      New York, New York
            March 11th 2025

```
                              _____
                              THE HONORABLE ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE
                              SOUTHERN DISTRICT OF NEW YORK
```