```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- against -

ANGEL VILLAFANE, et al.

                Defendants.

21 Cr. 93 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The status conference scheduled for May 16, 2025, at 12:00 PM will be held in Courtroom 15B of the Daniel Patrick Moynihan Courthouse.

**SO ORDERED.**

Dated:    15 May 2025
            New York, New York

                                      _____
                                         Victor Marrero
                                            U.S.D.J.