```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES,

       - against -

ANGEL VILLAFANE et. al.,

       Defendants.

**21 Cr. 93 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

Pursuant to the Court's instructions at the May 16, 2025, status conference, defense counsel - excluding counsel for Edwin Carrasquillo and Johana Alcantara – jointly propose a deadline of January 15, 2026, for the filing of all substantive motions. The Government consents and requests leave to file an omnibus response by March 16, 2026. (See Dkt. No. 401.)

Accordingly, the Court sets the following schedule for substantive pretrial motions, applicable to all Defendants except Carrasquillo and Alcantara:

- Motions due January 15, 2026
- Government omnibus response due March 16, 2026

In addition, Defendants Johana Alcantara and Edwin Carrasquillo are directed to propose a schedule for any substantive pretrial motions within 30 days of receiving the Government's death-penalty determination.

2

    The Court is also in receipt of Defendant Juan Calderon's Motion to Suppress and Motion for a Scheduling Order. (<u>See</u> Dkt. Nos. 386, 387.) In accordance with the Government's letter, the Government is directed to respond to Calderon's Motion to Suppress by August 18, 2025. (<u>See</u> Dkt. No. 401.)

**SO ORDERED.**

Dated:    24 July 2025
            New York, New York

                                                  _____
                                                    Victor Marrero
                                                      U.S.D.J.