**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2025
```

---

UNITED STATES OF AMERICA,

        - against -

HECTOR HERNANDEZ, et al.,

        Defendants.

---

**21-CR-93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On September 22, 2025, counsel for the above-named defendant submitted a letter to the Court requesting that Defendant be provided access to a laptop to view discovery, as well as dental care. (See Dkt. No. 437.) This Court directed the Government to respond to the request within seven (7) days, which it failed to do. Defense counsel submitted a second letter on November 5, 2025, requesting the same relief. (See Dkt. No. 457.) Within five (5) days, the Government is hereby ordered to respond or show cause why it has failed to respond to the Court's previous orders in this matter.

**SO ORDERED.**

Dated:    6 November 2025
          New York, New York

                                  Victor Marrero
                                    U.S.D.J.