USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        - against -<br><br>JASON RIVERA,<br><br>            Defendant. | **21 CR 93 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court hereby schedules sentencing in the above-captioned matter on May 29, 2026, at 11:30 AM.

**SO ORDERED.**

Dated:    10 April 2026
         New York, New York

                                    Victor Marrero
                                      U.S.D.J.